# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0940
Lower Tribunal No. 23-MM-008866-A-O

_____

NOEL ERIMELLE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the County Court for Orange County.
Mark A. Skipper, Judge.

December 2, 2025

PER CURIAM.

   AFFIRMED.

NARDELLA, MIZE and GANNAM, JJ., concur.


Blair Allen, Public Defender, and Megan Olson, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Roberts J. Bradford, Jr. Senior Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED